**Carl Edward WILLIAMS, Appellant.**

v.

**STATE of Missouri, Respondent,**

No. 65854.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 21, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Carl Edward Williams ("Defendant") entered a guilty plea to the charge of first degree sexual assault, § 566.040 RSMo 1986. Defendant was sentenced to six years imprisonment. In his appeal, Defendant contends the motion court erred in denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We have reviewed the record and find the judgment of the motion court is based on findings that are not clearly erroneous. We affirm.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).